**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NANCY L. WALLACE, | )<br>)<br>) |
| Plaintiff, | ) No. 4:17-CV-861 RLW<br>) |
| v. | )<br>)<br>) |
| SERCO, INC., | )<br>) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Defendant Serco, Inc. ("Serco") moves for this Court to dismiss Plaintiff's Complaint with prejudice for failure to comply with this Court's Orders to provide initial disclosures and responses to Serco's First Interrogatories and First Requests for Production of Documents without objections. This Court had previously granted Defendant's Motion to Compel (ECF Nos. 17, 18) and required that Plaintiff serve her initial disclosures and responses to discovery no later than August 7, 2017. Plaintiff failed to provide initial disclosures or respond to Serco's discovery requests by August 7, 2017. On August 11, 2017, Serco filed its Motion to Dismiss for Failure to Comply with Court Order (ECF No. 19). On August 14, 2017, this Court issued an Order for Plaintiff to provide her initial disclosures and respond to Serco's discovery requests no later than August 21, 2017. (ECF No. 20). The Court warned Plaintiff that failure to comply with the Court's August 14, 2017 Order could result in dismissal of her Complaint. Plaintiff, however, failed to provide any disclosures or discovery materials to Serco by August 21, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Failure to Comply with Court Order (ECF No. 19) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 24th day of August, 2017.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**